# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 37278

STATE OF IDAHO,

Plaintiff-Respondent,

v.

DAVID LEE WILDER,

Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)

2011 Unpublished Opinion No. 388

Filed: March 15, 2011

Stephen W. Kenyon, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the First Judicial District, State of Idaho, Kootenai County. Hon. John T. Mitchell, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of four years, for aggravated driving under the influence of alcohol, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Spencer J. Hahn, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; LANSING, Judge;
and MELANSON, Judge

_____

PER CURIAM

David Lee Wilder pled guilty to aggravated driving under the influence of alcohol. I.C. § 18-8006. The district court sentenced Wilder to a unified term of fifteen years, with a minimum period of confinement of four years. The district court retained jurisdiction. After Wilder completed the retained jurisdiction program the district court suspended the sentence and granted probation for a period of three years. Wilder appeals the sentence.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Wilder's judgment of conviction and sentence are affirmed.